IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.  17-80283-cv-

LEGAL AID SOCIETY OF PALM
BEACH COUNTY, INC.

    Plaintiff,

v.

BOYNTON BAY LTD. d/b/a
BOYNTON BAY SENIOR RENTAL APARTMENTS
BOYNTON BAY GP, LLC. and AUBURN
MANAGEMENT, INC.,

    Defendants
_____/

## DEFENDANTS' NOTICE FOR REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, BOYNTON BAY, LTD, BOYNTON BAP GP, LLC and AUBURN MANAGEMENT, INC. pursuant to 28 U.S.C. Sections 1331, 1343, 1441(b) and 1446, and file this Notice of Removal and in support thereof would respectfully show the Court the following:

I.

    The above action was commenced on or about 2/16/17 in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.  In the initial complaint, Plaintiff seeks relief

1

for alleged violations of 42 U.S.C. §3601 et. seq, the Fair Housing. Defendants were served with process on 2/22/17. This petition for removal is timely made pursuant to 28 U.S.C. 1446(b).

II.

The United States District Court, Southern District of Florida, is the proper district court because the Southern District of Florida embraces Palm Beach County, the location of the state court with concurrent jurisdiction. Thus, the requirements of 28 U.S.C. 1441(a) have been met.

III.

Copies of all state court processes, pleadings and other papers served upon the Defendants in this action are attached hereto.

WHEREFORE, Defendants respectfully pray that the above action now pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida be removed therefrom to this Court and that Defendants be granted such other relief to which they may be justly entitled.

Respectfully Submitted,

LANGBEIN & LANGBEIN, P.A.
Counsel for Defendants
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
(Tel) (305) 556-3663
(Fax) (305) 556-3647
Email: langbeinpa@bellsouth.net

By: /s/ Leslie W. Langbein,
    Leslie W. Langbein, Esq.
    Fla. Bar No. 305391

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was filed electronically on 3/7/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ ECF on all counsel for the parties of record or unrepresented parties on the attached service list:

By: /s/ Leslie W. Langbein
Leslie W. Langbein, Esq.

## SERVICE LIST

Sandra Powery, Esq.
LEGAL AID SOCIETY OF PALM BEACH COUNTY, INC.
423 Fern Street, Suite 200
West Palm Beach, FL 33401
Ph: (561) 655-8944 Ext. 2177
Fax:
email: spowery@legalaidpbc.org
Counsel for the Plaintiff

Leslie W. Langbein, Esq.
LANGBEIN & LANGBEIN, P.A.
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
email: langbeinpa@bellsouth.net
Counsel for Defendants